# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ANNONI,<br>      Plaintiff,<br><br>      v.<br><br>ALLENTOWN SCHOOL DISTRICT,<br>      Defendant. | Civil No. 5:24-cv-00950-JMG |

## ORDER

**AND NOW**, this 9th day of July, 2024, upon consideration of the Motion to Dismiss of Defendant Allentown School District (ECF No. 9), Plaintiff's Response in Opposition (ECF No. 10), and Defendant's Reply (ECF No. 14), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 9) is **GRANTED** and all counts are **DISMISSED**.

                                          BY THE COURT:

                                          */s/ John M. Gallagher*
                                          JOHN M. GALLAGHER
                                          United States District Court Judge